IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALEXANDER LARKINS,

    Petitioner,

v.                          CASE NO. 4:06cv111-RH/EMT

WALTER A. McNEIL,

    Respondent.

_____/

## ORDER DENYING PETITION

This matter is before the court on the magistrate judge's report and recommendation (document 36), to which no objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The amended petition is DENIED with prejudice. The clerk must enter judgment and close the file.

SO ORDERED on November 15, 2008.

                                      s/Robert L. Hinkle
                                      Chief United States District Judge